Action by John D. Retter against the Olean Street Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff was hurt at the time of the derailment of the car is against the weight of the evidence.

SPRING, J., not sitting.

RINI, Respondent, v. PESCIA, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Giuseppe B. Rini against Enrico V. Pescia. No opinion. Judgment and order affirmed, with costs.

RISING, Appellant, v. SEBRING et al., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Mary D. Rising against James O. Sebring and others.

PER CURIAM. Judgment affirmed, with costs. See 109 N. Y. Supp. 1144.

SPRING and KRUSE, JJ., dissent.

RIVERSIDE BANK, Respondent, v. BARY et al., Appellants. SAME v. FEIST et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Actions by the Riverside Bank against Charles Bary and others, impleaded with Eugene Van Schaick, and against Simon Feist and others, impleaded with Eugene Van Schaick. W. Brice, for appellants. W. A. Keener, for respondent. No opinion. Order modified, by deducting the sum of $100 from the judgment as entered, and, as so modified, affirmed, without costs. Settle order on notice.

In re RIVERSIDE DRIVE. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of the Riverside Drive. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re RIVERSIDE DRIVE. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of the Riverside Drive. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant have appeal ready for argument at the October term. Order filed.

RONALDS & JOHNSON CO., Appellant, v. WINTERSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by the Ronalds & Johnson Company against Frederick Winterson and another. No opinion. The record fails to disclose sufficient facts to warrant the opening of the default. The order must therefore be reversed, with $10 costs and disbursements, and the motion denied, with costs.

ROSENBERG, Appellant, v. CHAIMOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Jacob Rosenberg against Harry Chaimowitz. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENBERG, Respondent, v. CHAIMOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Jacob Rosenberg against Harry Chaimowitz. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

RUBIN et al., Respondents, v. JOHN C. GABLER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Abraham Rubin and another against the John C. Gabler Company. No opinion. Motion denied.

RUDD, Respondent, v. WINKLER et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 19, 1908.) Actions by Darwin Rudd against Isaac Winkler and another. A. B. Boardman, for appellants. McC. Sykes for respondent. No opinion. Judgments and orders affirmed, with costs. Order filed.

RUDINSKY et al., Respondents, v. PEERLESS CLOAK & SUIT CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 12, 1908.) Actions by Louis Rudinsky and another against the Peerless Cloak & Suit Company. M. G. Holstein, for appellant. M. A. Elias, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements on each appeal. Orders filed.

RUSSELL et al., Appellants, v. HEIDELBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Horace Russell and another, as executors, etc., against Isaac N. Heidelberg and others. J. S. Darcy, for appellants. A. S. Gilbert, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUSSELL et al. v. HEIDELBERG et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Horace Russell and others, as executors, against Isaac A. Heidelberg and others. No opinion. Motion denied, with $10 costs. Order filed.

RUTLAND, Respondent, v. PIERCY, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by William Rutland, an infant, against Henry C. Piercy. R. L. Maynard, for appellant. J. B. Ker, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

S A C H S, Appellant, v. B R O O K L Y N HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Solomon Sachs against the Brooklyn Heights Railroad Com-